UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANNY HERNANDEZ, | ) | No. SACV 14-764 JLS (FFM) |
| Petitioner, | ) ) | |
| | ) | JUDGMENT |
| v. | ) ) | |
| CYNTHIA TAMPKINS, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that respondent's Motion to Dismiss is granted and judgment be entered denying the Petition with prejudice as time-barred.

DATED: <u>January 20, 2015</u>

_____
JOSEPHINE L. STATON
United States District Judge